```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ROBERTA FELIZ, Individually, and On Behalf of
All Others Similarly Situated,

                        Plaintiff,

        -against-

CURIE BRANDS, INC.,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/9/2023_

23 Civ. 1869 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 7, 2023, the Court directed the parties to submit a joint letter and proposed case management plan by May 8, 2023. ECF No. 6. These submissions are now overdue. Accordingly, by **May 16, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 9, 2023
   New York, New York

_____
ANALISA TORRES
United States District Judge