**MIZRAHI KROUB LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

July 10, 2023

**<u>VIA ECF</u>**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Feliz v. Curie Brands, Inc.;* <u>Case No. 1:23-cv-01869</u>

Dear Judge Torres:

  We represent plaintiff Roberta Feliz ("Plaintiff") in the above-referenced action and respectfully write to inform the Court that despite the diligent efforts of both parties, the parties have not yet finalized and consummated the settlement in this action. Plaintiff anticipates that the settlement process will be fully complete within the next sixty days. As such, Plaintiff respectfully requests that the Court extend the date to file a motion to reopen for an additional sixty days.

           Respectfully submitted,

           */s/ Edward Y. Kroub*
           EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

---

GRANTED. Any application to reopen shall be filed by **September 15, 2023**.

SO ORDERED.

Dated: July 11, 2023
   New York, New York

             ANALISA TORRES
            United States District Judge